**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

Nathan Ochsner
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

Please Reply To:
1133 N. Shoreline #208
Corpus Christi, TX 78401-2042
(361) 888-3142

**September 17, 2021**

SEP 20 2021 PM12:18
FILED-USDC-CT-HARTFORD

3:21CR159 VAB

**CLERK, U.S. DISTRICT COURT**
**Abraham Ribicoff Federal Building**
**and United States Courthouse**
**450 Main Street, Room A-12**
**Hartford, CT 06103-3022**

**RE: 2:19-cr-01121-1**
**USA v. Jonathan Bond**

Dear Clerk:

Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

RESPECTFULLY,

Nathan Ochsner

By: Jessie Hutchinson
Jessie Hutchinson- Deputy Clerk

Encls.
cc: U.S. Attorney's Office, Corpus Christi, TX
U.S. Probation Office, Corpus Christi, TX
U.S. Marshal Service, Corpus Christi, TX
File

RECEIVED AND FILED UNDER DOCKET NO. 3:21CR159 VAB on 9-20-2021, 2021.

U.S. DISTRICT CLERK

By: ______________________
Deputy Clerk

PROB22
(12/2016)

SEP 20 2021 AM11:49
FILED-USDC-CT-HARTFORD

| | | | |
|---|---|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 2:19CR01121-001 | | |
| | DOCKET NUMBER (*Rec. Court*): | | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Bond, Jonathan**<br>Hartford, Connecticut | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Corpus Christi | |
| | NAME OF SENTENCING JUDGE:<br>Honorable David S. Morales | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From:<br>4/28/2021 | To:<br>4/27/2023 |

OFFENSE:

Transporting an Undocumented Alien

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Corpus Christi Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Connecticut upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

September 10, 2021
*Date*

*David S. Morales*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of Connecticut, Hartford Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/15/21
*Effective Date*

*United States District Judge*

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-01121-1

| | |
|---|---|
| Case title: USA v. Bond<br>Magistrate judge case number: 2:19-mj-02511 | Date Filed: 07/24/2019<br>Date Terminated: 02/21/2020 |

---

Assigned to: Judge David S Morales

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Jonathan Bond**<br>*TERMINATED: 02/21/2020* | represented by | **Kristen D. Langford-Harris**<br>Federal Public Defender<br>606 N. Carancahua<br>Ste 401<br>Corpus Christi, TX 78401-0697<br>361-888-3532<br>Fax: 361-888-3534<br>Email: kristen_d_langford@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| BRINGING IN AND HARBORING ALIENS<br>(1) | 24 mos custody BOP; 2 years SRT; $100 special assessment; Court finds deft to be indigent and does not impose additional $5,000 assessment; no fine; standard and mandatory conditions; drug testing and treatment |

**<u>Highest Offense Level (Opening)</u>**

Felony

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| BRINGING IN AND HARBORING ALIENS<br>(2) | Dismissed on Gvmt's Motion |

**<u>Highest Offense Level (Terminated)</u>**

Felony

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 8:1324.F ----BRINGING IN AND HARBORING ALIENS | |

---

**Material Witness**

**Reyes Alexander Amaya-Cruz**
*TERMINATED: 11/07/2019*

represented by **Jeanette Cantu-Bazar**
Attorney at Law
Prosperity Bank Building
500 N Water St
Ste 620
Corpus Christi, TX 78401
361-882-1559
Fax: 361-882-1895
Email: cantubazar@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Jose Ezequiel Amaya-Melendez**
*TERMINATED: 11/07/2019*

represented by **Jeanette Cantu-Bazar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**

represented by **Yifei Zheng**
US Attorney's Office
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Email: yifei.zheng@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2019 | | Arrest of Jonathan Bond. (legarza, 2) [2:19-mj-02511] (Entered: 07/02/2019) |

| | | |
|---|---|---|
| 06/30/2019 | 1 | COMPLAINT as to Jonathan Bond (1), filed. (Brooks) Initial Appearance set for 7/1/2019 at 02:15 PM before Magistrate Judge B Janice Ellington (fcarbia, 2) [2:19-mj-02511] (Entered: 06/30/2019) |
| 06/30/2019 | 2 | Affidavit for Material Witness(es) Reyes Alexander Amaya-Cruz, Jose Ezequiel Amaya-Melendez as to Jonathan Bond. Initial Appearance for Material Witness set for 7/1/2019 at 02:00 PM before Magistrate Judge B Janice Ellington, filed. (fcarbia, 2) [2:19-mj-02511] (Entered: 06/30/2019) |
| 07/01/2019 | | **Terminate Deadlines and Hearings as to Jonathan Bond: Initial Appearance set for 7/1/2019 at 02:15 PM before Magistrate Judge B Janice Ellington. PER DUSM HAAG, deft. has not been medically cleared. (legarza, 2) [2:19-mj-02511] (Entered: 07/01/2019) |
| 07/01/2019 | 3 | ORDER APPOINTING COUNSEL for Material Witness(es): Reyes Alexander Amaya-Cruz,Jose Ezequiel Amaya-Melendez. Jeanette Cantu-Bazar appointed. (Signed by Magistrate Judge B. Janice Ellington) Parties notified. (malanizadi, 2) [2:19-mj-02511] (Entered: 07/01/2019) |
| 07/01/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) JOSE EZEQUIEL AMAYA-CRUZ as to Jonathan Bond (Material Witness(es) informed of rights) held on 7/1/2019. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court. Bond set at $10,000 cash or surety; Judge orders a bond with conditions submitted by USPO., Rights to consular notification given. Appearances: Joel Dunn, AUSA; J. Cantu-Bazar f/Material Witness; USM: B. Word. (Digital # 2:01-2:29) (ERO: A. Martinez) (Interpreter: L. Parada-Valdes/used). (legarza, 2) [2:19-mj-02511] (Entered: 07/01/2019) |
| 07/01/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) REYES EZEQUIEL AMAYA-CRUZ as to Jonathan Bond (Material Witness(es) informed of rights) held on 7/1/2019. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court. Bond set at $10,000 cash or surety; Judge orders a bond with conditions submitted by USPO., Rights to consular notification given. Appearances: Joel Dunn, AUSA; J. Cantu-Bazar f/Material Witness; USM: B. Word. (Digital # 2:01-2:29) (ERO: A. Martinez) (Interpreter: L. Parada-Valdes/used). (legarza, 2) [2:19-mj-02511] (Entered: 07/01/2019) |
| 07/02/2019 | | US ATTORNEY'S NOTICE OF APPEARANCE. Yifei Zheng appearing for USA, filed. (Zheng, Yifei) [2:19-mj-02511] (Entered: 07/02/2019) |
| 07/02/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: INITIAL APPEARANCE as to Jonathan Bond, (Deft informed of rights) held on 7/2/2019. Defendant requests appointed counsel. Financial Affidavit executed. Court grants request for appointment of counsel. Government moves for detention and requests a continuance. Court grants Government's request for continuance. Preliminary Examination & Detention Hearing set for 7/8/2019 at 10:00 AM before Magistrate Judge B Janice Ellington. Appearances: Robert Thorpe, AUSA; USPO: E. Flores; USM: G. Butcher. (Digital # 2:45-2:58) (ERO: J. Marks) (Interpreter: not used) Deft remanded to custody. (legarza, 2) [2:19-mj-02511] (Entered: 07/02/2019) |
| 07/02/2019 | 4 | Sealed Financial Affidavit CJA 23 by Jonathan Bond, filed. [2:19-mj-02511] (Entered: 07/02/2019) |
| 07/02/2019 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge B. Janice Ellington) Parties notified. (malanizadi, 2) [2:19-mj-02511] (Entered: 07/02/2019) |
| 07/03/2019 | | NOTICE OF ATTORNEY APPEARANCE Kristen D. Langford-Harris, Federal Public Defender, in case as to Jonathan Bond, filed.(Langford-Harris, Kristen) [2:19-mj-02511] |

| | | |
|---|---|---|
| | | (Entered: 07/03/2019) |
| 07/05/2019 | | **Terminate Deadlines and Hearings as to Jonathan Bond: Preliminary Examination & Detention Hearing set for 7/8/2019 at 10:00 AM before Magistrate Judge B Janice Ellington. PER DUSM OSTREICHER, DEFT. IS NOT MEDICALLY CLEARED. (legarza, 2) [2:19-mj-02511] (Entered: 07/05/2019) |
| 07/11/2019 | 6 | NOTICE of Resetting as to Jonathan Bond. Parties notified. Preliminary Examination & Detention Hearing reset for 7/12/2019 at 09:01 AM before Magistrate Judge B Janice Ellington, filed. DEFT. HAS BEEN MEDICALLY CLEARED. (legarza, 2) [2:19-mj-02511] (Entered: 07/11/2019) |
| 07/12/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: PRELIMINARY EXAMINATION & DETENTION HEARING as to Jonathan Bond held on 7/12/2019 Defendant waives both hearings in open court. J. Cant-Bazar present. Motion and order filed. Order signed in court. Parties agreed to depo date: 9/18/19 at 10am. Appearances: David Paxton, AUSA; K. Langford f/Defendant; USPO: E. Flores; USM: E. Soto. (Digital # 10:03-10:06) (ERO: A. Martinez) (Interpreter: J. Hawks/used) Deft remanded to custody. (legarza, 2) [2:19-mj-02511] (Entered: 07/12/2019) |
| 07/12/2019 | 7 | ORDER OF DETENTION PENDING TRIAL as to Jonathan Bond ( Signed by Magistrate Judge B Janice Ellington) Parties notified. (legarza, 2) [2:19-mj-02511] (Entered: 07/12/2019) |
| 07/12/2019 | 8 | AGREED MOTION to Depose Material Witnesses Reyes Alexander Amaya-Cruz aned Jose Ezequiel Amaya-Melendez by Jose Ezequiel Amaya-Melendez, Reyes Alexander Amaya-Cruz as to Jonathan Bond, filed. (srussell, 2) [2:19-mj-02511] (Entered: 07/12/2019) |
| 07/12/2019 | 9 | ORDER granting 8 Motion to Take Deposition of Material Witnesses Reyes Alexander Amaya-Cruz and Jose Ezequiel Amaya-Melendez as to Jonathan Bond (1).(Signed by Magistrate Judge B Janice Ellington.) Parties notified.(srussell, 2) [2:19-mj-02511] (Entered: 07/12/2019) |
| 07/12/2019 | | Set/Reset Deadlines/Hearings as to Jonathan Bond: Material Witness Depositions set for 9/18/2019 at 10:00 AM, U.S. District Courthouse, 1133 N. Shoreline Blvd., Corpus Christi TX, 1st floor. Order signed by Magistrate Judge B Janice Ellington. (srussell, 2) [2:19-mj-02511] (Entered: 07/12/2019) |
| 07/16/2019 | 10 | Pretrial Services Report (Sealed) as to Jonathan Bond, filed. (dlanderos, 2) [2:19-mj-02511] (Entered: 07/16/2019) |
| 07/16/2019 | 11 | Pretrial Services Report (Sealed) as to Jonathan Bond, filed. (dlanderos, 2) [2:19-mj-02511] (Entered: 07/16/2019) |
| 07/24/2019 | 12 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Jonathan Bond (1) count(s) 1-2, filed. (Attachments: # 1 Unredacted Indictment) (AnnSalazar, 2) (Entered: 07/25/2019) |
| 07/24/2019 | 13 | US Attys Criminal Docket Sheet as to Jonathan Bond, filed.(AnnSalazar, 2) (Entered: 07/25/2019) |
| 07/24/2019 | 14 | SCHEDULING ORDER as to Jonathan Bond. Arraignment set for 7/30/2019 at 08:15 AM before Magistrate Judge B Janice Ellington Final Pretrial Conference set for 8/27/2019 at 11:00 AM before Magistrate Judge B Janice Ellington Jury Trial set for 9/3/2019 at 08:30 AM before Judge David S Morales ( Signed by Judge David S Morales) Parties notified. (AnnSalazar, 2) (Entered: 07/25/2019) |
| 07/30/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: |

| | | |
|---|---|---|
| | | ARRAIGNMENT held on 7/30/2019. Not Guilty on Count(s) 1,2. Appearances: Julie Hampton, AUSA; K. Langford f/Defendant; DUSM E. Soto. (Digital # 8:17-8:23) (ERO: J. Marks) (Interpreter: not used) Deft remanded to custody. (LeticiaGarzaadi, 2) (Entered: 07/30/2019) |
| 08/15/2019 | 15 | NOTICE of Resetting as to Jonathan Bond. Parties notified. Final Pretrial Conference reset for 8/26/2019 at 03:00 PM before Magistrate Judge B Janice Ellington, filed. (LeticiaGarzaadi, 2) (Entered: 08/15/2019) |
| 08/26/2019 | | Minute Entry CALL FOR FINAL PRETRIAL CONFERENCE for proceedings held before Magistrate Judge B Janice Ellington: MINUTE ENTRY as to Jonathan Bond held on 8/26/2019. Deft. is ready to proceed with trial. Final Pretrial Conference set for 8/29/2019 at 10:30 AM before Judge David S Morales Appearances:AUSA: J. Dunn USPO: J. Garza DUSM: R. Richards. Jeanette Cantu-Bazar, Kristen D. Langford-Harris. (Digital # 3:24-3:25)(ERO:J. Marks) (Interpreter:not used) Deft remanded to custody, filed.(legarza, 2) (Entered: 08/26/2019) |
| 08/27/2019 | 16 | Joint MOTION to Continue Final Pretrial Conference and Jury Trial by Jonathan Bond, filed. (Langford-Harris, Kristen) (Entered: 08/27/2019) |
| 08/27/2019 | 17 | ORDER granting 16 Motion to Continue as to Jonathan Bond (1) Final Pretrial Conference set for 10/3/2019 at 10:00 AM before Judge David S Morales. Jury Selection set for 10/7/2019 at 08:30 AM before Judge David S Morales. Jury Trial set for 10/7/2019 at 08:30 AM before Judge David S Morales.(Signed by Judge David S Morales.) Parties notified.(arodriguez, 2) (Entered: 08/27/2019) |
| 09/30/2019 | 18 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Jonathan Bond, filed. (Langford-Harris, Kristen) (Entered: 09/30/2019) |
| 09/30/2019 | 19 | ORDER granting 18 Motion to Continue as to Jonathan Bond (1) Final Pretrial Conference set for 11/7/2019 at 10:00 AM before Judge David S Morales Jury Selection set for 11/12/2019 at 08:30 AM before Judge David S Morales Jury Trial set for 11/12/2019 at 08:30 AM before Judge David S Morales.(Signed by Judge David S Morales.) Parties notified.(mserpa, 2) (Entered: 09/30/2019) |
| 11/06/2019 | | RE-ARRAIGNMENT of deft referred to Magistrate Judge Ellington as to Jonathan Bond, filed. (arodriguez, 2) (Entered: 11/06/2019) |
| 11/06/2019 | | **Terminate Hearings as to Jonathan Bond: FPTC before Judge Morales is CANCELED. Re-arraignment of deft referred to Magistrate Judge (arodriguez, 2) (Entered: 11/06/2019) |
| 11/06/2019 | | ***Set/Reset Hearings as to Jonathan Bond: Re-Arraignment set for 11/7/2019 at 10:30 AM before Magistrate Judge B Janice Ellington (AnnSalazar, 2) (Entered: 11/06/2019) |
| 11/07/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: RE-ARRAIGNMENT held on 11/7/2019. Jonathan Bond (1) Guilty Count(s) 1. Defendant states he/she is ready to plea guilty today. Consent to plea before Magistrate Judge filed. Plea agreement filed. Stipulation of Fact in support of defendant's plea filed. PSI ordered. Sentencing date announced in open court. Sentencing order to be entered. No objections to release of material witness(es). Motion and order filed. Order signed. Appearances: AUSA Joel Dunn, K. Langford, J. Cantu-Bazar. USPO: B. Brown. USM: E. Haag. (Time in Court: 1:42-1:59) (ERO: V. Rios) (Interpreter:not used) Deft remanded to custody. (LeticiaGarzaadi, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 20 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Jonathan Bond. PSI Completion due by 12/19/2019. Objection to PSI due by 1/3/2020. Responses to Objections due by 1/8/2020. Final PSI due by 1/21/2020. Deadline for Motions for Continuance: 1/30/2020. Supporting Documents due by 1/30/2020. Sentencing set for |

| | | |
|---|---|---|
| | | 2/4/2020 at 10:00 AM before Judge David S. Morales (Signed by Judge David S. Morales) Parties notified. (LeticiaGarzaadi, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 21 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY as to Jonathan Bond. Objections to R&R due by 11/21/2019. (Signed by Magistrate Judge B. Janice Ellington) Parties notified. (LeticiaGarzaadi, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 22 | Consent to Plea of Guilty Before United States Magistrate Judge by Jonathan Bond, filed. (MaraSalas, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 23 | MEMORANDUM OF PLEA AGREEMENT as to Jonathan Bond, filed. (MaraSalas, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 24 | STIPULATION OF FACT IN SUPPORT OF DEFENDANT'S PLEA as to Jonathan Bond, filed. (MaraSalas, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 25 | AGREED MOTION for Release of Material Witnesses by Jose Ezequiel Amaya-Melendez, Reyes Alexander Amaya-Cruz as to Jonathan Bond, filed. (MaraSalas, 2) (Entered: 11/07/2019) |
| 11/07/2019 | 26 | ORDER granting 25 Motion to Release Material Witnesses Reyes Alexander Amaya-Cruz and Jose Ezequiel Amaya-Melendez as to Jonathan Bond (1).(Signed by Magistrate Judge B Janice Ellington.) Parties notified.(MaraSalas, 2) (Entered: 11/07/2019) |
| 11/23/2019 | 27 | ORDER Accepting Guilty Plea as to Jonathan Bond re: 21 Findings and Recommendation on Plea of Guilty. (Signed by Judge David S Morales) Parties notified. (arodriguez, 2) (Entered: 11/23/2019) |
| 01/03/2020 | 28 | Objection to Presentence Investigation Report (Sealed) by Jonathan Bond, filed. (Entered: 01/03/2020) |
| 01/21/2020 | 29 | Final Presentence Investigation Report (Sealed) as to Jonathan Bond, filed. (kreyes, 2) (Entered: 01/21/2020) |
| 01/21/2020 | 30 | Sealed Addendum to 29 Final Presentence Investigation Report (Sealed) as to Jonathan Bond, filed. (kreyes, 2) (Entered: 01/21/2020) |
| 01/21/2020 | 31 | Confidential Sentencing Recommendation(Sealed) regarding Jonathan Bond, filed. (kreyes, 2) (Entered: 01/21/2020) |
| 01/30/2020 | 32 | NOTICE OF RESETTING (Due to Court's trial docket) as to Jonathan Bond. Sentencing set for 2/21/2020 at 10:00 AM before Judge David S Morales, filed. (arodriguez, 2) (Entered: 01/30/2020) |
| 02/18/2020 | 33 | Amended Presentence Investigation Report (Sealed) as to Jonathan Bond, filed. (SierrahValdez, 2) (Entered: 02/18/2020) |
| 02/18/2020 | 34 | AmendedSealed Addendum to 33 Final Presentence Investigation Report (Sealed) as to Jonathan Bond, filed. (SierrahValdez, 2) (Entered: 02/18/2020) |
| 02/18/2020 | 35 | Amended Confidential Sentencing Recommendation(Sealed) regarding Jonathan Bond, filed. (SierrahValdez, 2) (Entered: 02/18/2020) |
| 02/21/2020 | | Minute Entry for proceedings held before Judge David S Morales: Sentencing held on 2/21/2020 for Jonathan Bond (1), Count(s) 1, 24 mos custody BOP; 2 years SRT; $100 special assessment; Court finds deft to be indigent and does not impose additional $5,000 assessment; no fine; standard and mandatory conditions; substance abuse treatment and testing; Count(s) 2, Dismissed on Gvmt's Motion. The Court sustains deft's objection to the PSR. Guidelines changed to 10/VI, 24-30 mos. The Court adopts the modified PSR. Deft waived his right of appeal as part of a plea agreement. The Court will recommend |

| | | |
|---|---|---|
| | | placement as close to Reno, Nevada as possible. The Court will recommend deft participate in the RDAP program while in custody. Appearances:AUSA Joel Dunn; FPD Kristen Langford Harris; USPO CC; USM Jay Jay Janajabal, Jack Winters.(Digital # 10:46 - 11:02)(ERO: Sharon Russell) (Interpreter: Not Used) Deft remanded to custody of USMS, filed.(arodriguez, 2) (Entered: 02/21/2020) |
| 02/21/2020 | 36 | JUDGMENT as to Jonathan Bond ( Signed by Judge David S Morales) Parties notified. (grogan, 2) (Entered: 02/21/2020) |
| 02/21/2020 | 37 | Statement of Reasons (Sealed) as to Jonathan Bond. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 02/21/2020) |
| 09/11/2020 | 38 | LETTER from Jonathan Bond re: Copies of Judgement and Docket Sheet, filed. (Attachments: # 1 Envelope) Mailed Copies with White Card.(BrittanyPainschab, 2) (Entered: 09/11/2020) |
| 03/12/2021 | 39 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Jonathan Bond. Court Orders MODIFY CONDITIONS AS NOTED ( Signed by Judge David S Morales) Parties notified. (fcarbia, 2) (Entered: 03/12/2021) |
| 03/22/2021 | 40 | MAIL RETURNED UNDELIVERABLE re: 39 sent to Jonathan Bond as to Jonathan Bond, filed. (agould, 3) (Entered: 03/23/2021) |
| 09/15/2021 | 41 | Supervised Release Jurisdiction Transferred to the United States District Court for the District of Connecticut as to Jonathan Bond, filed.(JessieHutchinson, 2) (Entered: 09/17/2021) |
| 09/17/2021 | 42 | TRANSMITTAL LETTER as to Jonathan Bond, filed. (JessieHutchinson, 2) (Entered: 09/17/2021) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/23/2021 10:32:07 | | | |
| **PACER Login:** | Jfazekas143:4262278:0 | **Client Code:** | red |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cr-01121 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUL 24 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA §
§
v. § CRIMINAL NUMBER:
§
JONATHAN BOND §

C-19-1121

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about June 28, 2019, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JONATHAN BOND,

did knowingly and in reckless disregard of the fact that Reyes Alexander Amaya-Cruz, was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

COUNT TWO

On or about June 28, 2019, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JONATHAN BOND,

did knowingly and in reckless disregard of the fact that Jose Ezequiel Amaya-Melendez, was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: ______________________________
YIFEI ZHENG
Assistant United States Attorney

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
Holding Session in Corpus Christi

UNITED STATES OF AMERICA
**v.**
**JONATHAN BOND**

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 2:19CR01121-001**

**USM NUMBER: 95965-479**

Kristen D. Langford-Harris, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) One on November 7, 2019.

☐ pleaded nolo contendere to count(s) ______
which was accepted by the court.

☐ was found guilty on count(s) ______
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii) | Transporting an Undocumented Alien | 06/28/2019 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☒ Count(s) Two is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 21, 2020
Date of Imposition of Judgment

Signature of Judge

**DAVID S. MORALES**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

February 21, 2020
Date

DEFENDANT: **JONATHAN BOND**
CASE NUMBER: **2:19CR01121-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 24 months.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility near Reno, Nevada as long as the security needs of the Bureau of Prisons are met.

The defendant participates in the 500-hour Residential Drug Abuse Program (RDAP) program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________________ on ______________________________
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________________
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Defendant delivered on ______________________________ to ______________________________________

at ______________________________, with a certified copy of this judgment.

______________________________________________
UNITED STATES MARSHAL

By ______________________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **JONATHAN BOND**
CASE NUMBER: **2:19CR01121-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 2 years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

DEFENDANT: **JONATHAN BOND**
CASE NUMBER: **2:19CR01121-001**

# SPECIAL CONDITIONS OF SUPERVISION

**SUBSTANCE ABUSE TREATMENT AND TESTING:** You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

DEFENDANT: **JONATHAN BOND**
CASE NUMBER: **2:19CR01121-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | | | | $0.00 |

Based upon a finding of indigency, the Court waives the $5,000 additional special assessment required under the Justice for Victims of Trafficking Act of 2015, pursuant to 18 U.S.C. § 3014.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until ________________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|

☐ See Additional Restitution Payees.

**TOTALS**

☐ Restitution amount ordered pursuant to plea agreement ________________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **JONATHAN BOND**
CASE NUMBER: **2:19CR01121-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of ________________ due immediately, balance due

☐ not later than ______________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal ________________ installments of _______________ over a period of _________________________, to commence _________________ after the date of this judgment; or

D ☐ Payment in equal ________________ installments of ______________ over a period of __________________________, to commence _________________ after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________________ after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

Payable to: U.S. District Court Clerk
Attn: Finance
1133 N Shoreline Blvd, Ste 208
Corpus Christi, TX 78401

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.